### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION


SARA BERRY

      v.                        CASE NO.: 4:20-cv-00369-MW-MAF

RICHARD PRUDOM and FLORIDA
DEPARTMENT OF ELDER AFFAIRS


### JUDGMENT

The parties are ordered to comply with their settlement agreement. The Court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.


JESSICA J. LYUBLANOVITS
CLERK OF COURT


4/22/2021
DATE

s/ Chip Epperson
Deputy Clerk